Motion granted.  Expert deadlines are extended as requested. No other extensions are granted.
s/John R. Adams
U.S. District Judge
4/16/19

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **NATASHA MUHAMMAD,** | CASE NO.: 5:18-cv-2010 |
| Plaintiff, | JUDGE: HON. JOHN R. ADAMS |
| vs. | |
| **COUNTY OF SUMMIT,** *et al.***,** | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE EXPERT REPORTS** |
| Defendants. | |

Natasha Muhammad, through counsel, respectfully moves this Court for a one-week extension of time to provide expert reports, until March 11, 2019 (Plaintiff) and April 30, 2019 (Defendants). In support, she states that she has engaged an expert whom she has interviewed with and provided follow-up test results to by mail afterwards, but a delay in receiving the mail prevented that expert from providing his full report by the deadline of March 4. Counsel for the Defendants indicates no objection to this request so long as the Court will also extend their response report deadline by one week.

The parties do not believe any other adjustment of case management deadlines is necessary, so this request should not cause any delay in the disposition of this matter.

Accordingly, the Plaintiff respectfully requests a one-week extension of the expert report deadlines, until March 11, 2019 (for Plaintiff) and April 30, 2019 (for Defendants).

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
William M. Sremack #0006832
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com

/s/ Billi Copeland King
Billi Copeland King (0083422)

Billi Copeland King, Law Office
282 Ashford Dr,
Copley, OH 44321
Telephone: (330) 990-4911
info@billicopeland.com

*Attorneys for Natasha Muhammad*

*Approved by,*

MAZANEC, RASKIN & RYDER CO., L.P.A.

/s/ *John D. Pinzone*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
TAMI Z. HANNON (0079812)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com
jpinzone@mrrlaw.com
thannon@mrrlaw.com

*Counsel for Defendants County of Summit, Sheriff Steve Barry, Deputy Christopher R. Boyd, and John/ Jane Doe Nos. 1-5*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Extension of Time to Provide Expert Reports* was electronically filed this 4th day of March, 2019, and thereby served upon all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's online docket.

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Attorney for Plaintiff*